445 A.2d 227

Com. ex rel. Monaghan.

Appeal of Monaghan.

Submitted January 27, 1982. Alfred P. Antonelli, for appellant; James C. Hogan, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.